IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

ARTHUR L. HAIRSTON, SR.,        :
                                :     Civil Action No.
            Petitioner,         :     07-5487 (JBS)
                                :
        v.                      :
                                :
WARDEN GRONEOLSKY,              :     **ORDER**
                                :
            Respondent.         :
_____ :

   This matter came before the Court upon Plaintiff's motion for reconsideration of this Court's Dismissal Order filed December 20, 2007; and finding that this Court has no jurisdiction over the Petition.

   IT IS, this   **5th**   day of   **March**  , **2008**,

   ORDERED that Petitioner's Motion is denied and the Petition is DISMISSED for lack of jurisdiction; and it is further

   ORDERED that the Clerk of the Court shall serve a copy of this Order and Memorandum Opinion filed herewith upon Petitioner by regular U.S. mail and close the file on this matter.


                            **s/ Jerome B. Simandle**
                            JEROME B. SIMANDLE
                            U.S. District Judge